**STATE of Missouri Respondent,**

v.

**Ralph E. BUCKLEY, Appellant.**

**No. WD 39089.**

Missouri Court of Appeals,
Western District.

March 22, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1988.

Sean D. O'Brien, Public Defender, Mary Curtis, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1986, and for stealing, in violation of § 570.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).